**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| REBECCA LEON, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:20-cv-01643 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| ANDREW SAUL, | § | |
| Defendant. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

This case involves claims by Plaintiff Rebecca Leon against Defendant Andrew Saul, the Commissioner of the Social Security Administration, for review of the denial of disability insurance benefits under Titles II and XVI of the Social Security Act. See Dkt 1. The case was referred for disposition to Magistrate Judge Sam S. Sheldon. Dkt 10.

Leon and Saul each moved for summary judgment. See Dkts 13 (Leon motion), 14 (Commissioner motion), and 15 (Commissioner memorandum). The Magistrate Judge recommended granting the motion by the Commissioner and denying that by Leon. Dkt 23. Neither party filed an objection.

The district court conducts a *de novo* review of those conclusions of a magistrate judge to which a party has specifically objected. See 28 USC § 636(b)(1)(C); *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989). To accept any other portions to which there is no objection, the court need only satisfy itself that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1420 (5th Cir 1996); see also FRCP 72(b) Advisory Comm Note (1983).

The Court has reviewed the pleadings, the record, the applicable law, and the recommendation. No clear error appears on the face of the record.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 23.

The motion for summary judgment by Defendant Andrew Saul, as the Commissioner of the Social Security Administration, is GRANTED. Dkt 14.

The motion for summary judgment by Plaintiff Rebecca Leon is DENIED. Dkt 13.

This case is DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed on June 28, 2021, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge